

# Fourth Court of Appeals
## San Antonio, Texas

April 19, 2022

No. 04-22-00125-CV

**IN THE INTEREST OF S.C. AND M.E.B.,** Children

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA01853
Honorable Rosie Alvarado, Judge Presiding

# O R D E R

Appellant Mom's brief is due on April 20, 2022. *See* TEX. R. APP. P. 38.6(a). Before the due date, Mom moved for a twenty-day extension of time to file her brief.

Appellant Mom's motion is granted. Her brief is due on May 10, 2022.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of April, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court